**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERIKA MACIAS and CYNTHIA RICH,**<br>**Plaintiffs,**<br>**vs.**<br>**MYRON LANGE,**<br>**Defendant.** | Case No: 14cv2763 GPC JMA<br><br>**JUDGMENT** |

The above-entitled cause was tried to a jury, the Honorable Gonzalo P. Curiel, United States District Judge for the Southern District of California, presiding. The jury having rendered its verdict, it is hereby ORDERED, ADJUDGED, AND DECREED.

1. Pursuant to the verdict of the jury (ECF 129), plaintiff Erika Macias shall have judgment against defendant Myron Lange as follows:

a. Plaintiff Erika Macias in the sum of thirty-five thousand three-hundred and twenty dollars ($35,320.00) pursuant to her hostile housing environment under the Fair Housing Act; and,

b. Plaintiff Erika Macias in the sum of twenty thousand dollars ($20,000.00) pursuant to her claim under California Civil Code 51.9.

2. Pursuant to the verdict of the jury (ECF 129), defendant Myron Lange shall have judgment against plaintiff Erika Macias as follows:

a. Plaintiff Erika Macias shall take nothing pursuant to her claim under the Unruh Act; and,

b. Plaintiff Erika Macias shall take nothing pursuant to her quid pro quo claim under the Fair Housing Act.

c. Plaintiff Erika Macias shall take nothing pursuant to her claim under the Ralph Act.

3. Post-judgment interest is payable on each sum stated herein at the amount allowable by law, from the date this judgment is entered until the date the judgment is paid.

## II. Equitable Relief

Any motion for equitable relief pursuant to the Fair Housing Act, 42 U.S.C. § 3613(c), or Civil Code § 51.9 shall be filed no later than 14 days after the entry of this judgment.

## III. Attorneys' Fees & Costs

Any motion for attorneys' fees and costs, including any bill of costs, pursuant to the Fair Housing Act, 42 U.S.C. § 3613(c), Civil Code § 52, or Rule 54(d) of the Federal Rules of Civil Procedure shall be filed no later then 14 days after the entry of this judgment.

**IT IS SO ORDERED.**

Dated: March 29, 2017

Hon. Gonzalo P. Curiel
United States District Judge