Lior Katz, Esq. (State Bar No. 284599)
Katz Law, a Professional Corporation
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
(310) 444-9444 (telephone)
(310) 382-2100 (facsimile)
Lior@KatzLaw.com

*Attorney for Assignee WV 23 Jumpstart, LLC,
a California limited liability company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTHERN CALIFORNIA

| | |
|---|---|
| ERIKA MACIAS and CYNTHIA RICH,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MYRON LANGE,<br><br>　　　　Defendant. | Case No.: 14-CV-2763-GPC<br><br>**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT AND JUDGMENT LIENS** |

TO THE CLERK OF THE COURT:

On March 29, 2017, a judgment was entered in the above-captioned action in favor of plaintiff/judgment creditor Erika Macias and against defendant/judgment debtor Myron Lange in the amount of $55,320.00, plus interest thereon (collectively, the "Judgment").

The Judgment remains unsatisfied and no payments, whatsoever, have been made on the Judgment.

The name and last known address of the judgment debtor is Myron Lange, 5418 Wellesley Street W, La Mesa, California 91942.

I, Erika Macias, am the judgment creditor in this case. My mailing address is 1843 ½ Donax Avenue, San Diego, California 92154. On the undersigned date below, for good and valuable

ACKNOWLEGMENT OF ASSIGNMENT OF JUDGMENT AND JUDGMENT LIENS

consideration, receipt of which is hereby acknowledged, I hereby assign and transfer all right, title and interest in the Judgment to WV 23 Jumpstart, LLC, a California limited liability company, located at 4629 Cass Street, Suite 380, San Diego, California 92109.

WV 23 Jumpstart, LLC hereby requests that the Clerk of this Court kindly revise the Court's records to reflect that WV 23 Jumpstart, LLC, is now the assignee of judgment/judgment creditor herein. WV 23 Jumpstart, LLC further hereby requests that the Clerk of this Court modify the Court's records to reflect the undersigned counsel's appearance as counsel to WV 23 Jumpstart, LLC.

Executed this  20  day of  August , 2021 at  San Diego ,  CA  .

_____
Erika Macias

Respectfully submitted,

_____
Lior Katz, Esq.
Katz Law, a Professional Corporation
11620 Wilshire Blvd., Suite 900
Los Angeles, CA 90025
(310) 444-9444 (telephone)
(310) 382-2100 (facsimile)

**SEE ATTACHMENT FOR NOTARIZATION**

8.20.21

2

ACKNOWLEGMENT OF ASSIGNMENT OF JUDGMENT AND JUDGMENT LIENS

| | |
|---|---|
| 1 | A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| 2 | |

3  State of __CALIFORNIA__    )
4  County of __SAN DIEGO__    )

6  On __8/20__, 2021, before me, __Quinlin R Holmes__ a Notary Public,
7  personally appeared **Erika Macias** who proved to me on the basis of satisfactory evidence to be the
8  person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
9  he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
10 signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
11 executed the instrument.

12 I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
13 paragraph is true and correct.

15 WITNESS my hand and official seal.

18 Signature _____

QUINLIN R. HOLMES
COMM. #2274192
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires January 30, 2023

3

ACKNOWLEGMENT OF ASSIGNMENT OF JUDGMENT AND JUDGMENT LIENS