# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Erika Macias + Cynthia Rich | 3:14-cv-02763-GPC-JMA |
| DEFENDANT | TYPE OF PROCESS |
| Myron Lange | Writ + bank levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo Advisors
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
888 Prospect St La Jolla CA 92037

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Lior Katz, Esq.  5850 Canoga Ave #400
Katz Law APC  Woodland Hills CA 91367

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Levy upon all deposit accounts, safe deposit boxes and investments in the possession or under the control of Wells Fargo Advisors.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 310-444-9444
DATE: 10/22/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 98
District to Serve No.: 98
Signature of Authorized USMS Deputy or Clerk
Date: 10-22-2021

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 10/21/21
Time: ☐ am ☐ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | | | $65.00 |

REMARKS:
10/26/21 Served by process server
10/28/21 Mailed by process server

FILED
NOV 1 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

**POS-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Lior Katz, Esq. (SNB: 284559) <br> Katz Law, APC <br> 5850 Canoga Avenue, Suite 400, <br> Woodland Hills, CA 91367 | FOR COURT USE ONLY |
|---|---|

TELEPHONE NO.: (310) 444-9444       FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: WV 23 Jumpstart, LLC, a California Limited Liability Company

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: U.S. District Court for the Southern District of California - San Diego
MAILING ADDRESS: 221 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Edward J. Schwartz United States Courthouse

PETITIONER/PLAINTIFF: Erika Macias & Cynthia Rich

RESPONDENT/DEFENDANT: Myron Lange

| PROOF OF PERSONAL SERVICE—CIVIL | CASE NUMBER: <br> 3:14-cv-02763-GPC-JMA |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.
2. I served the following **documents** *(specify)*:
   Writ of Execution, Notice of Levy, Memorandum of Garnishee

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: Frances Reyes, Authorized agent for Wells Fargo Advisors
   b. Address: 888 Prospect St., La Jolla, CA 92037
   c. Date: 10/26/2021
   d. Time: 10:55 AM

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☑ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify)*:
   A. Ammar, Orange County Registered Process Server 3068
   100 Spectrum Center, Irvine, CA 92618
   1-888-284-0005

6. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: 10/26/21

A. Ammar
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)        ▶ (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

**POS-030**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Lior Katz, Esq. (SNB: 284559)<br>Katz Law, APC<br>5850 Canoga Avenue, Suite 400<br>Woodland Hills, CA 91367 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (310) 444-9444   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* WV 23 Jumpstart, LLC, a California Limited Liability Company | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: U.S. District Court for the Southern District of California - San Diego
MAILING ADDRESS: 221 West Broadway
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Edward J. Schwartz United States Courthouse

PETITIONER/PLAINTIFF: Erika Macias & Cynthia Rich

RESPONDENT/DEFENDANT: Myron Lange

| **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL** | CASE NUMBER:<br>3:14-cv-02763-GPC-JMA |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   100 Spectrum Center, Irvine, CA 92618

3. On *(date):* 10/28/2021   I mailed from *(city and state):* Corona, CA
   the following **documents** *(specify):*
   Writ of Execution, Notice of Levy RE: Wells Fargo Advisors, Claim of Exemption, Financial Statement, Exemptions from the Enforcement of Judgments, Current Dollar Amounts of Exemptions from Enforcement of Judgments
   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one):*
   a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☐ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name** of person served: Myron Lange
   b. **Address** of person served:
      5418 Wellesley St. W
      La Mesa, CA 91942-1772

☐ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served) (POS-030(P)).*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/29/2021

A Ammar
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)          ▶          (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use<br>Judicial Council of California<br>POS-030 [New January 1, 2005] | **PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL**<br>(Proof of Service) | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov