LEGAL AID SOCIETY OF SAN DIEGO, INC.
  Rosalina Spencer (SBN 259866)
  *rosalinas@lassd.org*
110 South Euclide Avenue
San Diego, CA 92114
Tel:  (619) 471-2623
Fax:  (619) 471-2788

BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  *cbrancart@brancart.com*
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MACIAS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MYRON LANGE,<br><br>　　　　Defendant. | Case No. 14-CV-02783-JPC-JMA<br><br>NOTICE OF WITHDRAWAL OF ECF DOC. 194 |

Pursuant to the instruction of the Clerk of Court, plaintiffs file this Notice of Withdrawal of the Request for Issuance of Writ of Execution filed December 20, 2021, ECF Doc. 194.

Dated:  December 21, 2021

　　　　　　　　　　　　　　　　　　BRANCART & BRANCART


　　　　　　　　　　　　　　　　　　 */s/ Christopher Brancart*
　　　　　　　　　　　　　　　　　　Christopher Brancart
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on December 21, 2020, I served by email via ECF a copy of the attached documents – NOTICE OF WITHDRAWAL OF ECF DOC. 194 – upon the following individuals:

Rosalina Spencer
Danielle Tailleart
Legal Aid Society of San Diego
1764 San Diego Avenue, Suite 200
San Diego, CA 92110
rosalinas@lassd.org
DanielleT@lassd.org

I also served a copy by first class mail by depositing it in the United States Post Office in Loma Mar, California, on the following individual:

*/s/ Christopher Brancart*