UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MACIAS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MYRON LANGE,<br><br>　　　　　　　　Defendant. | Case No.: 14-CV-2763-GPC-JMA<br><br>**ORDER FOLLOWING VIDEO ORDER TO SHOW CAUSE HEARING** |

On Friday, July 30, 2023, this Court convened a Video Order to Show Cause ("OSC") Hearing at 2:00 p.m. PST pursuant to its June 1, 2023, Order to Show Cause. (Doc. No. 230.) Christopher Brancart, counsel for Erika Macias ("Judgment Creditor"), appeared. Myron Lange ("Judgment Debtor"), to whom the Court's OSC was directed, failed to appear. The Judgment Debtor's most recent failure to appear was one of many before this Court. Given the Judgment Debtor's failure to appear for the April 26, 2023, Judgment Debtor Exam (Doc. No. 225), the May 5, 2023, Video Joint Status Conference (Doc. No. 226), the June 1, 2023, Video Joint Status Conference (Doc. No. 230), and the June 26, 2023, Video OSC Hearing, the Court's patience for the Judgment Debtor's non-compliance and defiance of court orders has expired. To that end, having reviewed and considered the Judgment Creditor's June 30, 2023, Status Report itemizing proposed options for compelling the Judgment Debtor's satisfaction of the outstanding judgment,

and having heard from counsel during the June 26, 2023, OSC Hearing, the Court issues the instant briefing schedule as follows:

(1) **No later than Tuesday, July 25, 2023**, the Judgment Creditor shall file briefing consisting of no more than ten (10) pages, excluding exhibits, setting forth all bases in support of the Judgment Creditor's request for assignment of rents pursuant to California Code of Civil Procedure sections 708.510 and 708.520 in satisfaction of the outstanding judgment. To that end, the Judgment Creditor shall attach any and all relevant exhibits to support her position. By such date, the Judgment Creditor shall also serve by certified U.S. mail a copy of her briefing and any and all exhibits submitted in support of same onto the Judgment Debtor; and

(2) **No later than Tuesday, August 8, 2023,** the Judgment Debtor shall file briefing in response to the Judgment Creditor's briefing. The Judgment Debtor's responsive briefing shall consist of no more than ten (10) pages, excluding exhibits, and attach any and all relevant exhibits to support his position on the Judgment Creditor's request for assignment of rents. No *ex parte* communications to the Court, including, but not limited to, handwritten letters and notes as previously provided by the Judgment Debtor to this Court, shall be accepted. The Judgment Debtor's responsive briefing **must** directly address all grounds the Judgment Creditor raises in her briefing and supplement his position with factual and legal authority as relevant. Any failure to meet these obligations may result in the Court's issuance of a contempt order and just consequences, inclusive of the Court's issuance of an arrest warrant, accordingly.

///
///
///
///
///

2
14-CV-2763-GPC-JMA

(3) No reply briefing shall be filed and no hearing shall be held on this matter unless indicated by separate order of this Court.

**IT IS SO ORDERED.**

Dated: July 10, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge