UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MACIAS AND CYNTHIA RICH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MYRON LANGE,<br><br>　　　　　　　　　　　Defendant. | Case No.: 14cv2763-GPC(JMA)<br><br>**ORDER GRANTING JUDGMENT CREDITOR'S EX PARTE MOTION FOR AMENDED ORDER RE ASSIGNMENT OF RENTS.**<br><br>[Dkt. No. 238.] |

　　　Judgment Creditor filed an ex parte motion to amend the Court's January 23, 2024's Order Adopting Report and Recommendation Granting Judgment Creditor's Motion For Assignment of Rents and Restraining Judgment Debtor. (Dkt. No. 253.) Judgment Creditor explains that it learned that the Assessor's Parcel Numbers for each property needs to be included in the Order for purposes of recordation with the San Diego County Recorder's Office. Under Federal Rule of Civil Procedure 60(b), the court may provide a party with relief from an order due to "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b). This rule applies to a party's excusable mistake. *See Fid. Fed. Bank, FSB v. Durga Ma Corp.*, 387 F.3d 1021, 1024 (9th Cir.

2004).  Thus, due to Judgment Creditor's excusable mistake, the Court GRANTS Judgment Creditor's ex parte motion for an amended Court order.  The Court shall file an Amended Order Adopting Report and Recommendation to include the Assessor's Parcel Numbers.

IT IS SO ORDERED.

Dated:  January 26, 2024

Hon. Gonzalo P. Curiel
United States District Judge